**Order filed June 7, 2022.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-22-00299-CV**
_____

**MCKENNA MCGUIRE, Appellant**

**V.**

**THE MARQUIS AT LADERA VISTA, Appellee**

**On Appeal from the County Court at Law No. 1**
**Travis County, Texas**
**Trial Court Cause No. C-1-CV-22-000330**

## O R D E R

The notice of appeal in this case was filed March 14, 2022. To date, the filing fee of $205.00 has not been paid. No evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **June 17, 2022.** *See* Tex. R. App. P. 5. The appeal is

subject to being dismissed if appellant fails to timely pay the filing fee in accordance with this order.

PER CURIAM

Panel Consists of Justices Zimmerer, Spain, and Poissant.